IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. LUBBERS, II,

      Appellant,

v.

MADELYN H. LUBBERS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3299

_____/

Opinion filed February 11, 2015.

An appeal from the Circuit Court for Clay County.
Mark J. Borello, Judge.

Brian P. North of Kenny Leigh & Associates, Mary Esther, for Appellant.

Jason K. Hutchinson of Hutchinson Law, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.